

**U.S. Department of Justice**

Civil Division

mp: xx
DJ# 54-03-00005

*International Trade Field Office*
*Commercial Litigation Branch*
*26 Federal Plaza, Room 346*
*New York, NY 10278-0140*

*Phone 212 / 264-9230*
*FAX  212 / 264-1916*

June 16, 2006

Honorable Judith M. Barzilay
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

      Re:    United States v. Golden Gate Petroleum Co.
            Court No. 03-00005 _____

Dear Judge Barzilay:

      On behalf of plaintiff, the United States (the "Government"), in accordance with Mr. Stephen Swindell's June 9, 2006 e-mail, we write to advise the Court of the status of negotiations with defendant, Golden Gate Petroleum Company ("Golden Gate"), regarding the amount of prejudgment interest.

      On April 12, 2006, a meeting was held at the Indianapolis, Indiana office of U.S. Customs and Border Protection ("Customs") for the purpose of discussing the issues of prejudgment interest and Golden Gate's financial status. The following individuals participated in the meeting: undersigned counsel, Michael Felts, Attorney, Office of the Assistant Chief Counsel, Customs, Bruce Ingalls, Chief, Debt Management Branch, Customs, David Showers, Lead Staff Accountant, Customs, Michael Sherman, counsel for Golden Gate, and Dennis O'Keefe, principal of Golden Gate. At the conclusion of the meeting, the participants agreed that Golden Gate would provide the Government with a proposal that set forth the amount of prejudgment interest it proposed to pay and the payment terms for both the interest and principal amount of $1,359,172.50.

      On April 17, 2006, Golden Gate provided the Government with its proposal. On May 26, 2006, undersigned counsel advised Mr. Sherman that Customs was unable to accept Golden Gate's proposal. On June 7, 2006, Customs made Golden Gate a counteroffer, which was unacceptable to Golden Gate. Despite the parties' good faith negotiations, they are now at an impasse with respect to the amount of prejudgment interest.

      Although the Government is willing to consider any additional offers from Golden Gate, the Government believes that it can demonstrate to the Court that, under the law, it is entitled to the full amount of prejudgment interest. Thus, the Government respectfully requests that the

Court hold a conference to set-up a schedule for briefing the issue.  Undersigned counsel will be on trial in Santa Barbara, California from June 19-22, 2006.

Respectfully submitted,


/s/ Marcella Powell
Marcella Powell
Trial Attorney